# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SHERI GARDNER,<br><br>                      Plaintiff,<br><br>v.<br><br>RED LOBSTER RESTAURANT LLC,<br><br>                      Defendant. | Case No. 18-CV-306-JPS<br><br>**ORDER** |

        On May 31, 2018, the parties filed a joint stipulation of dismissal of this action without prejudice and without costs or fees assessed to either party. (Docket #32). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendant's pending motions to dismiss, compel arbitration, and stay, (Docket #13), for a protective order, (Docket #17), and to transfer this action, (Docket #20), will be denied as moot.

        Accordingly,

        **IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #32) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party; and

        **IT IS FURTHER ORDERED** that Defendant's motions to dismiss, compel arbitration, and stay, (Docket #13), for a protective order, (Docket #17), and to transfer this action, (Docket #20), be and the same are hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 31st day of May, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge